PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
4:24-cr-00002-001

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00254-APG-MDC-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mark Francis Davidson | Southern Iowa | Des Moines |

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
08/22/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**NAME OF SENTENCING JUDGE**
Rebecca Goodgame Ebinger, U.S. District Judge

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 08/13/2025
TO: 08/12/2026

**OFFENSE**
26 U.S.C. §§ 7206 - Filing a False Tax Return

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Davidson resides in Nevada with his wife and intends to remain there for the duration of his supervision.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Nevada_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 20, 2025
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 25, 2025
*Effective Date*

*[signature]*
*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Mark Francis Davidson

Case No.: TO BE ASSIGNED

## REQUESTING ACCEPTANCE OF JURISDICTION

August 21, 2025

TO:   United States District Judge

On August 15, 2024, Davidson was sentenced in the Southern District of Iowa by the Honorable Rebecca Goodgame Ebinger to 18 months custody followed by 1-year supervised release for committing the offense of Filing a False Tax Return. Davidson is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Rebecca Goodgame Ebinger, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2025.08.22 10:55:21 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.08.21 11:32:52 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer