Form 12 - Travel
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

**REQUEST FOR TRAVEL OUTSIDE
THE CONTIGUOUS UNITED STATES**

Name of Offender: **Mark Francis Davidson**

Case Number:  **2:25CR00254**

Name of Sentencing Judicial Officer: **Honorable Rebecca Goodgame Ebinger**

Date of Original Sentence: **August 15, 2024**

Original Offense: **Filing a False Tax Return**

Original Sentence: **18 Months prison, followed by 12 Months TSR.**

Date Supervision Commenced: **August 13, 2025**

Date Jurisdiction Transferred to District of Nevada: **August 25, 2025**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

**SUMMARY**

On August 15, 2024, Mark Davidson was sentenced to a term of 18 months imprisonment followed by one (1) year term of supervised release for committing the offense of Filing a False Tax Return, a Class E Felony. Davidson commenced his term of supervised release on August 13, 2025.

Davidson is requesting travel to Aruba on March 20, 2026, returning March 29, 2026, to go on a family vacation. Davidson will be staying at the Marriott Surf Club at 103 L.G. Smith Boulevard, Palm Beach, Aruba.

Davidson will provide travel itinerary upon approval of travel. Davidson predicts his ticket costs will be $600 and will be paid by his wife. Per Clerk's Office records, Davidson has been making consistent monthly payments since November of 2025. Davidson's last payment was $100 made on January 26, 2026.

**RE: Mark Francis Davidson**

Form 12 - Travel
D/NV Form
Rev. June 2014

Our office respectfully defers to the Court to approve or deny Davidson's request to travel outside of the country. Should the Court have any questions, the Probation Office will be available at the Court's Convenience.

Respectfully submitted,

Digitally signed by
Victoria Willard
Date: 2026.02.03
13:40:39 -08'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2026.02.03
12:46:58 -08'00'

Amberleigh Barajas
Supervisory United States Probation Officer

## THE COURT ORDERS

☑   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other

Signature of Judicial Officer

February 13, 2026
Date